

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE: PRISCILA ARMENDARIZ     §     No. 08-21-00113-CV
MIRAMONTES, INDIVIDUALLY,
AND AS INDEPENDENT     §     AN ORIGINAL PROCEEDING
ADMINISTRATOR OF THE STATE OF
ALEJANDRO FRANCISCO     §     IN MANDAMUS
FERNANDEZ VALLES,
    §

Relator.

    §

## **O R D E R**

Pending before the Court is a motion to stay proceedings in the trial court until this mandamus action can be resolved. The motion is GRANTED. The Court hereby stays all proceedings in the trial court pending resolution of this mandamus action or further order of this Court.

IT IS SO ORDERED this 2nd day of December, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.